No. 91–1276. GORDON ET UX. v. BOARD OF ZONING APPEALS, CARROLL COUNTY, MARYLAND, ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–1278. FELDMAN v. GLUCROFT ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 91–1290. SCHWARZER v. DOUGLAS COUNTY, NEVADA. 9th Jud. Dist. Ct. Nev., County of Douglas. Certiorari denied.

No. 91–1291. CARLISLE ET AL. v. BRADSHAW ET AL. Sup. Ct. N. H. Certiorari denied.

No. 91–1293. LENDABARKER v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. 575 N. E. 2d 568.

No. 91–1309. CORTEC INDUSTRIES, INC., ET AL. v. WESTINGHOUSE CREDIT CORP. C. A. 2d Cir. Certiorari denied.

No. 91–1311. RAPPS, INDIVIDUALLY AND AS DIRECTOR OF THE MISSOURI DIVISION OF CHILD SUPPORT ENFORCEMENT, ET AL. v. JACKSON ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–1315. MIRMAN v. GRIEVANCE COMMITTEE FOR SECOND AND ELEVENTH JUDICIAL DISTRICTS. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 91–1317. ADAM CAB, INC., DBA ADAM CAB CO. v. COLLINS, STATE REVENUE COMMISSIONER OF GEORGIA. Super. Ct. Chatham County, Ga. Certiorari denied.

No. 91–1319. LANGFORD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–1323. BURNEY v. OHIO (two cases). Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 91–1329. MOODY v. SMITH, TRUSTEE, ET AL. C. A. 5th Cir. Certiorari denied.